[No. 18098-7-II.   Division Two.   April 12, 1996.]

*In the Matter of the 1989 Toyota 4-Runner.*

SCOTT D. GREEN, *Appellant*, v. THE WASHINGTON STATE PATROL, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 92-2-02430-3, Christine A. Pomeroy, J., entered March 7, 1994. *Remanded* by unpublished opinion per Conoley, J. Pro Tem., concurred in by Seinfeld, C.J., and Morgan, J.

[No. 18134-7-II.   Division Two.   April 12, 1996.]

*In the Matter of the Marriage of* LAWRENCE G. HUTT, *Appellant*, v. ROXANA L. HUTT, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 92-3-05174-4, H. John Hall, J. Pro Tem., entered March 4, 1994. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Seinfeld, C.J., and Armstrong, J.

[No. 18168-1-II.   Division Two.   April 12, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY A. SAMUELSON, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 93-1-00371-7, Gordon Godfrey, J., entered April 11, 1994. *Affirmed* by unpublished opinion per Houghton, A.C.J., concurred in by Morgan, J., and Fleisher, J. Pro Tem.